1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-199-PMP (PAL) |
| ) | |
| FRANK LOUIS SMEDILE, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 19, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. §§ 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant FRANK LOUIS SMEDILE to a certain criminal offense, forfeiting specified property alleged in the indictment and shown by the United States to have a nexus to the offense to which defendant FRANK LOUIS SMEDILE pled guilty.

AND WHEREAS, the United States published the notice of the forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law on March 5, 2009, March 12, 2009, and March 19, 2009, in the Las Vegas Review- Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 30,

. . .

. . .

1   2009 through April 28, 2009, further notifying all known third parties of their right to petition the
2   Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in
3   the property;
4       AND WHEREAS, no petition was filed herein by or on behalf of any person or entity and
5   the time for filing such petitions and claims has expired;
6       AND WHEREAS, no petitions are pending with regard to the assets named herein and the
7   time for presenting such petitions has expired;
8       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10  United States of America and shall be disposed of according to law:

    a)    computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct, and the diskettes and hard drives on which they are maintained;

    b)    five (5) CDs determined to contain child pornography;

    c)    the Toshiba Satellite laptop, serial number Y3040858C; and

    d)    any CDs containing child pornography seized in San Francisco.

17      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
19  any income derived as a result of the United States of America's management of any property
20  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21  according to law.
22      The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23  certified copies to the United States Attorney's Office.
24      DATED this __ 25th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Maliece Troth, certify that the following individuals were served with copies of the Final Order of Forfeiture on June 24, 2009 by the below identified method of service:

<u>E-mail/ECF</u>
Paola M. Armeni
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169
Email: <u>USDCNOTICES@hordonsilver.com</u>
*Counsel for Frank Louis Smedile*

<u>/s/Maliece Troth</u>
Maliece Troth
Forfeiture Support Associate Paralegal